# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FARRELL C. SCARBOROUGH

NO. 2021 KW 1252

DECEMBER 6, 2021

---

In Re: Farrell C. Scarborough, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 11849.

---

BEFORE: McDONALD, LANIER, AND WOLFE, JJ.

WRIT DENIED. Ramos v. Louisiana, ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020) does not apply retroactively to relator whose conviction and sentence were final at the time the decision was rendered. See also State v. Kelly, 2021-00572 (La. 9/27/21), 324 So.3d 79 (per curiam). Accordingly, the district court did not err by dismissing the application for postconviction relief.

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT